

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

Scott Ronald Darnell, Appellant

No. 06-21-00099-CR      v.

The State of Texas, Appellee

Appeal from the 8th District Court of Franklin County, Texas (Tr. Ct. No. F9549). Memorandum Opinion delivered by Chief Justice Morriss, Justice Stevens and Justice Carter participating. *Justice Carter, Retired, Sitting by Assignment.

As stated in the Court's opinion of this date, we find no error in the judgment of the court below. We affirm the judgment of the trial court.

We note that the appellant, Scott Ronald Darnell, has adequately indicated his inability to pay costs of appeal. Therefore, we waive payment of costs.

RENDERED APRIL 14, 2022
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk